FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 2 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS ANTHONY MIRANDA,  )<br>         Plaintiff,  )<br>         v.  )<br>CCII LEWANDOWSKI, et al.,  )<br>         Defendant.  ) | Case No. CV 12-0794-SJO (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

May 23, 2012.

Dated: _____

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 2 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

*S. James Otero*

S. James Otero
United States District Judge