FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 2 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CARLOS ANTHONY MIRANDA, | ) | Case No. CV 12-0794-SJO (MLG) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CCII LEWANDOWSKI, et al., | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated:   May 23, 2012.

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 2 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

S. James Otero
United States District Judge